IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOSEPH LONNELL LEWIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-16-653-M |
| THE STATE OF OKLAHOMA, et al., | ) ) ) |
| Defendants. | ) |

### ORDER

On July 13, 2016, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended that this action be dismissed for plaintiff's failure to follow the Court's orders.[1] Plaintiff was advised of his right to object to this Report and Recommendation by August 2, 2016. A review of the file reveals that no objection has been filed.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 7] issued by the Magistrate Judge, and

(2) DISMISSES this action without prejudice for plaintiff's failure to follow the Court's order.

**IT IS SO ORDERED this 10th day of August, 2016.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE

---

[1] On June 17, 2016, plaintiff was advised that his initial documents were deficient in that he had not submitted an *in forma pauperis* application or paid the filing fee and, further, that his 42 U.S.C. § 1983 cause of action was not on the proper form. Plaintiff was directed to cure the deficiencies by July 5, 2016. Plaintiff was advised that failure to follow the Court's order would result in this matter being dismissed without prejudice. To date, plaintiff has failed to follow the Court's order.